**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GENNESIS MARY LOPEZ, on behalf of N.A.C., a minor,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:25-cv-08251-JAK (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the administrative record, the parties' briefing, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation of the United States Magistrate Judge is **APPROVED** and **ACCEPTED**.

2. The Commissioner's decision is **AFFIRMED**.

3. This action is **DISMISSED WITH PREJUDICE**.

Date: October 20, 2026

JOHN A. KRONSTADT
United States District Judge